**Crystal Weaver BROWN, for KMM and KMM, Plaintiff-Appellant,**

**v.**

**Carolyn W. COLVIN, Commissioner of the Social Security Administration, Defendant-Appellee.**

No. 16-2098

United States Court of Appeals, Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.

Crystal Weaver Brown, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina; Quinn E.N. Doggett, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Crystal Weaver Brown appeals the magistrate judge's order upholding the Commissioner's denial of Brown's application for supplemental security income on behalf of her minor son.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. Colvin, No. 5:15-cv-00320-KDW, 2016 WL 4425138 (D.S.C. Aug. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

§ 636(c) (2012).